UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:09-CR-00017 (01)RM |
| | ) | |
| WILLIAM T. SILVAS | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on April 23, 2009 [Doc. No. 19]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant William Silvas' plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:   May 14, 2009


    /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court